UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:25-cr-55-JSS-DCI

ITALO RAFAEL BRETT BONINI

## UNITED STATES' SENTENCING MEMORANDUM

Defendant was a teacher by day, predator by night. During the day, Defendant taught music to middle school children. At night, Defendant logged on to Discord and began his hunt for young boys. Once baited, Defendant was relentless. Defendant pleaded with the boys to join a video call with him directly on Discord. To avoid being caught, once on a video call, Defendant would mute himself, ask the boy to mute himself, and they would communicate through the Discord chat.

Defendant quickly introduced sexual topics to the boys, then escalated further to show them pornography using screen share, until he willed the boys to perform sexual acts on themselves, on their siblings, and watch him as he sexually gratified himself. If a boy had not performed a sexual act before, Defendant was all too willing to teach, using himself as the example. Boys across the globe fell victim to Defendant's hunt. To date, the Federal Bureau of Investigation has identified 13 victims and continues to identify more boys who fell prey to Defendant's hunt.

Defendant's offense level under the Sentencing Guidelines is 49, and his Guidelines range is life. Considering the magnitude of Defendant's exploitation of children, life imprisonment is warranted.

1

# BACKGROUND[1]

Defendant's predatory reach was limitless, unrestrained by state or international borders. Defendant has been convicted of violating 18 U.S.C. § 2422(b), enticement of a minor to engage in sexual activity, and 18 U.S.C. § 2251(a), sexual exploitation of children. PSR ¶ 6. The convictions arise from Defendant's victimization of Child Victim ("CV") 1 and CV-2, who are brothers. *See* PSR ¶ 22. Unfortunately, CV-1 and CV-2 were not Defendant's only victims.

# ARGUMENT

## A. The Nature and Circumstances of the Offenses

### i.    *Commonalities in interacting with victims*

Defendant would seek out young boys on Discord, a popular platform amongst gamers. Defendant, however, had no interest in gaming. Defendant admitted in an interview with the FBI that his intentions were to have conversations and have fun sexually. But Defendant targeted boys under 14 years old. Defendant's approach to each chat was methodical and followed the same 10-step process: (1) add a boy on Discord; (2) ask the boy how old they were, and if they were under 14—move to step 3; (3) ask the boy where the boy was from; (4) identify himself as Adrian, a 16-year-old from the state of Georgia;[2] (5) get the boy on a video call on Discord; (6) once on the call, steer the conversation towards sexual topics; (7)

---

[1] At sentencing, the United States will present evidence of events or facts referenced herein that are not already included and not disputed in the Presentence Investigation Report ("PSR"), Dkt. No. 68.
[2] The name Defendant used was the name of a real person who worked with Defendant at the school Defendant taught at but who had no involvement in the offenses Defendant committed.

screenshare to the child a "secret video," which was actually pornography; (8) expose his penis to the boy; (9) persuade or entice the boy with video game currency to expose himself to Defendant; and (10) if successful in step 9, persuade, entice, or coerce child into performing sexual acts on camera with Defendant.

If a child refused, Defendant tried to wear down the boy and oftentimes begged.[3] If after much persistence the child no longer engaged with Defendant, Defendant would move onto the next victim.

Although Discord did not store the video calls between the Defendant and the child victims, Defendant told the child on the video call to mute himself and that Defendant would do the same. Defendant did so to avoid being caught. Thus, Defendant and the boy he was on a video call with would communicate via live chat. From those live chats, the FBI identified 30 chats with potential victims, 13 of which the FBI has been able to identify.

**Exposed genitalia**: To all victims, Defendant exposed his genitalia.

**Masturbated on camera**: Defendant masturbated while on camera with nearly every victim.

**Exchange of photographs**: Defendant received sexually explicit photos from at least one child victim but made sure the child victim deleted those photos. Ex. 5 at 128. From the conversation with CV-22, it can be gleaned that Defendant sent CV-22 a sexually explicit photograph of another CV. Ex. 22 at 249-251.

---

[3] In one chat, Defendant asked, "How come youre very uptight with all weird subjects?" Ex. 2 at 63.

3

**Urinated and defecated in room on camera**: Defendant urinated, PSR ¶ 7,

Ex. 4 at 37, and defecated in his room while on camera for the children to watch, as

evidenced by the following messages:

> Defendant: i could give birth to this shit behemoth where im sitting. Ex. 22 at 393.
> Defendant: wanna help me birth this turd baby lol. *Id.* at 394.
> Defendant: is this angle ok. Id. at 403.
> CV-22: I SEE IT. *Id.* at 407.
> CV-22: THE GIANT TURD ON THE FLOOR MUST BE CRAZY. *Id.* at 410.

**Siblings:** Defendant, an only child, had an affinity for siblings. When a boy

mentioned having a young sibling, whether in conversation with Defendant or

because Defendant saw the sibling on camera, Defendant tried to persuade or entice

the siblings to commit sexual acts with each other. Defendant told one of the victims,

""im trying to get a brother and sister to 'experiment' for robux." Ex. 26 at 177.

Defendant asked a different victim if the victim would rape his sister. Ex. 22 at 589.

Defendant tried, and was sometimes successful, to have the following victims

perform sexual acts with their sibling: CV-1, CV-2, CV-3, CV-11, CV-13, CV-18, CV-

22, CV-24, CV-26.

**Bestiality**: In showing boys pornography, Defendant would also show

bestiality. Defendant would also encourage the children to engage in bestiality with

their pets, specifically CV-22 and CV-26. Defendant told CV-26, "im never gonna

make u [do] the dog thing again." Ex. 26 at 228.

4

ii.    *Specific chats*[4]

What follows is a summary of each chat the FBI identified from the Discord

returns with boys who Defendant appears to have victimized.[5] Those with a

confirmed age are victims the FBI has identified.

**Child Victim 4**: CV-4 identified himself as an 8-year-old, Ex. 4 at 2, from the

Philippines, *id.* at 11. At a certain point, the messages became heated:

| | |
|---|---|
| CV-4: | I'M DONE |
| Defendant: | k |
| Defendant: | fuck you |
| Defendant: | bye |
| CV-4: | When I get fully charged I'm gonna play Roblox! |
| Defendant: | idc |
| Defendant: | do what u want |
| CV-4: | |
| Defendant: | die if u want |
| CV-4: | NUH UH ME STILL A KID [emoji] |
| CV-4: | [Link] |
| Defendant: | nah |
| Defendant: | die |
| Defendant: | i hope u die |
| Defendant: | bye |
| Defendant: | stupid kid |
| CV-4: | Bye bye |
| Defendant: | we could've been friends |
| Defendant: | but ur a retard |
| Defendant: | u got ugly teeth anywa [sic] |
| . . . | |
| Defendant: | i got to [sic] excited roasting u |
| Defendant: | it made my thing hard… |
| . . . | |

[4] The United States conferred with defense counsel regarding the following chats, and defense counsel represented that there are no objections to the admission of each of the chats referenced herein at sentencing. Each chat is attached as an exhibit to this sentencing memorandum. The United States provides summaries of the chats to highlight portions of the chats in advance of sentencing for the Court's consideration.
[5] The PSR and plea agreement thoroughly detailed the chats with CV-1 and CV-2, which are attached as Exhibit 1 to this memorandum. The PSR also thoroughly detailed the chats with CV-3, which are attached as Exhibit 3 to this memorandum. As such, the United States does not repeat the summaries of those chats here.

Defendant:  ok seriously stop roasting
Defendant:  im not kidding
Defendant:  it made my thingie hard

*Id.* at 38-42.

**Child Victim 5 (Age 10)**: CV-5 identified himself as a 10-year-old living in

Montana. On a video call with CV-5, Defendant asked, "so may i please get a look at

your boobs lol," and then said, "looking at your boobs is making me get hard." Ex. 5

at 34-35. Defendant taught CV-5 how avoid being caught by his parents, telling CV-

5, "turn ur light off so you don't get in trouble lol." *Id.* at 41. Following, Defendant

asked CV-5, "do you wannaa both get naked together fully," and tells CV-5 "im

already there." *Id.* at 42. Defendant then tells CV-5, "ur body is beautiful bro."

Throughout, Defendant sends messages to CV-5 like "can you handle this much

meat in your mouth? lol" and "do you wanna call me adrian or Mr. Sanchez / Mr.

S?"[6] *Id.* at 49-50. Later in the conversation, Defendant tells CV-5, "i love you," *id.* at

60, and proceeds to engage in explicit conversation with CV-5, telling him, amongst

other things:

Defendant:  i wanna stick my dick up your ass and take your virginity
CV-5:       oh god
Defendant:  i seriously do
Defendant:  i wanna make you mine
Defendant:  and i wanna cum inside of you, just fill you up with my load
. . .
Defendant:  can i see your ass and asshole?
. . .
Defendant:  i want you to bend over
Defendant:  and show me

---

[6] During an interview with FBI, CV-5 said that Defendant informed him that he was a 5th grade teacher. CV-5 also confirmed that Defendant masturbated on camera.

Defendant:  i wanna see whats gonna be mine eventually lol
. . .
Defendant:  are you ok with me cumming inside of you
CV-5:         what does ******* mean?
Defendant:  it's the creamy white stuff
Defendant:  that comes out of my dick
Defendant:  do you wanna see
CV-5:         sure
Defendant:  ok watch carefully

*Id.* at 61, 66, 67-68.

FBI interviewed CV-5. CV-5 admitted to sending more than 5 pictures of his penis to Defendant. Defendant acknowledged receiving the pictures and wanting them to be deleted solely so he would avoid further consequences, saying, "hey can u delete ur dick pics theyre cute but they can gt [sic] me in trouble lol." *Id.* at 128.

**Child Victim 6**: CV-6 identified himself as a 13-year-old from Lithuania. CV-6's 11-year-old cousin was present during a second video call with Defendant. Defendant asked CV-6, "do u want free minecoin or robux" "or vbucks" "cuz i have extra codes." Ex. 6 at 35. Enticed by the offer, CV-6 and his cousin removed their shirts and underwear on camera for Defendant. For more Robux, Defendant said:

Defendant:  take your underwear off completely or at least put it around your
              ankles
Defendant:  and then the second part
Defendant:  its look at each other's balls.

*Id.* at 50. Defendant told CV-6, "do it for the robux lol… be brave you got this."

**Child Victim 7 (Age 9)**: CV-7 identified himself as a 9-year-old boy. Once on video, Defendant commented on the size of CV-7's bulge. Ex. 7 at 39-41. Defendant taught CV-7 how to become erect, saying, "ok heres how i rub mine to get it hard,"

7

*Id.* at 65. In a subsequent call, Defendant told CV-7 to "get it hard again just how i taught you btw." *Id.* at 69-70. Defendant constantly told CV-7 that he had "a bit to teach you" referring to masturbation and "i can teach you how to masturbate/jerk off." *Id.* at 73-75. CV-7 told Defendant, "IT IS NOT APPROPRIATE TO ROAM DISCORD TRYING TO LOOK FOR PEOPLE TO SHOW YOUR PECKER TO." *Id.* at 212. One of the last messages Defendant sent was, "cuz ur a fucking little snot nosed brat." *Id.* at 214.

**Child Victim 8**: CV-8 identified himself as an 11-year-old boy from Romania. In one call, Defendant decided to "race" with CV-8 to see who could ejaculate faster. Ex. 8 at 59. In another call, Defendant asked CV-8 if CV-8 would allow his siblings to perform sexual acts on him. *Id.* at 79-80. That same day, Defendant once again "beat" CV-8. *Id.* at 84. Defendant also told CV-8 to take a stuffed animal and insert his penis into it. *Id.* at 102-104. A few days later, Defendant asked "you fuck your toy lately?" *Id.* at 109. Days after that, Defendant told CV-8, "if ur home alone you should fuck your toy." *Id.* at 118. For several days, Defendant messaged CV-8 in the mornings to tell him that he is "horny." *E.g., id.* at 122. Defendant also asked:

> Defendant:  do you jerk off to minnie mouse on your wall
> Defendant:  lmaoo
> Defendant:  you can like see her panties and shit in that picture on your wall
>              LMAO
> . . .
> Defendant:  i dare you to get horny/hard from minnie mouse

*Id.* at 133-34. Defendant also told CV-8 that he wants to be a nurse and to let him check CV-8's testicles to ensure that they are healthy. *Id.* at 137-140.

8

CV-8 confided in Defendant that he had a hard day at school because kids at school bully him for being darker. *Id.* at 111. After that conversation, Defendant called Defendant racial expletives several times:

Defendant:  we got nigger dicks. *Id.* at 128.
Defendant:  nigga. *Id.* at 135.
Defendant:  FUCK NIGGA BRB. *Id.* at 142.
Defendant:  nigga. *Id.* at 143.
Defendant:  nigga. *Id.* at 143.
Defendant:  nigger. *Id.* at 153.

**Child Victim 9**: CV-9 identified himself as a 13-year-old in a different continent than Defendant. To manipulate CV-9, Defendant threatened to commit suicide. Ex. 9 at 91-92. Days later, Defendant told CV-9, "you look like youd be good at that licking/oral stuff tho." *Id.* at 101. Defendant masturbated on camera. *Id.* at 105-106. Days later, CV-9 told Defendant he was at the hospital with his sister. *Id.* at 110. Defendant responded: "this might make you laugh at least, i woke up extremely hard/horny and i accidentally hit my dick on a table." *Id.* at 111.

**Child Victim 10**: CV-10 identified himself as an 11-year-old in India. CV-10 asked, "can i keep my cam off it's kinda uncomfy?" Ex. 10 at 27. Defendant asked CV-10, "do you know how to masturbate[?]" *Id.* at 70. Defendant told CV-10, "but its not healthy to get hard adn [sic] and then not masturbate though lol." *Id.* at 72. Defendant also tried to "race" CV-10. *Id.* at 88.

**Child Victim 11 (Age 14)**: CV-11 identified himself as a 14-year-old who lives and is Muslim. Later in the month, Defendant tried enticing CV-11 and his brother to perform sexual acts on camera with "vbucks." CV-11 told Defendant, "i don't

want to." Ex. 11A at 58. But Defendant retorted, "what if I added 2800 more would you do it then?" *Id.* at 61. After CV-11 continued to refuse, Defendant told CV-11, "i guess allah doesn't want u to get money lol." *Id.* at 64. The following month, Defendant told CV-11, "but your anger should be toward yourself for being not brave enough." *Id.* at 76. By that point, Defendant had lost track of his victims and asked CV-11 "have i shown u weird vids before?" *Id.* at 80.

Defendant also messaged CV-11 on CV-11's other account and told CV-11 "the haram thing wont be as bad." Ex. 11B at 2. Defendant told CV-11 that the "loophole for the haram rule" was "as long as its not rreal [sic] life" and is kept online, "its not bad." *Id.* at 3. CV-11 asked Defendant to play games online, but Defendant said his computer was slow, "why do u think im playing with my dingdong instead of gaming?" *Id.* at 6. To earn more "vbucks," Defendant told CV-11 to "go to the door and close it and while ur standing at the door, make ur duck hard/rub it." *Id.* at 24. CV-11 refused, so Defendant "dared" CV-11 "to rest your dick on top of an oreo." *Id.* at 48. Defendant coached CV-11 in inserting his penis between oreo halves until it was hard CV-11 could earn vbucks. *Id.* at 49-53.

**Child Victim 12 (Age 11)**: CV-12 is an 11-year-old boy from Georgia. Defendant rated CV-12 on CV-12's looks. Ex. 12 at 129. Without prompting from CV-12, Defendant said, "aight first imma hump my chair rq then imma throw it back." *Id.* at 141. Defendant also taught CV-12 how avoid being caught by blocking the bottom of CV-12's  door so light would not escape. *Id.* at 168. Defendant told

CV-12, "bro i was thinking and ur honestly the closest friend ive ever made." *Id.* at 195. Days later, after CV-12 refused to video call Defendant, Defenant told CV-12, "im about to use the n word." *Id.* at 254. After CV-12 stopped responding for several days, Defendant asked, "what if i called u an n word?" *Id.* at 256.

**Child Victim 13**: CV-13 identified himself as a 10-year-old in a country in Africa. Defendant told CV-13 in reference to a video, "did you know you can do stuff like that with ur sis." Ex. 13 at 19. Defendant also told CV-13, "You said its weird to do that stuff with ur sis, but its not rly did you know it feels good for both?" *Id.* at 23-24. When CV-13 was alone with his siter, Defendant asked CV-13 if CV-13 and his sister would recreate the video Defendant showed CV-13. *Id.* at 27-29. Defendant even said, "plus you are 10 and she is 6 the perfect age." *Id.* at 32. CV-13 really wanted the Robux Defendant was offering, so Defendant told he could do something "less extreme," but that "it still involves your sister and maybe a little bit of like the nudity part from the video but less." *Id.* at 45. Defendant's request: "Okay [CV-13], first you have to lower your pants/underwear to expose your private  and then ur sister just has to rub or touc it that's it 50 robux." *Id.* at 49. When CV-13's sister did not want to participate, Defendant asked "What if you did the game by yourself without her?" *Id.* at 54. As days passed, Defendant continued to dangle Robux in front of CV-13 to get him to perform sexual acts. However, CV-13 kept refusing, saying, "not that thingy again." *Id.* at 80. When Robux did not seem enough to entice CV-13, Defendant offered CV-13 subscribers to CV-13's YouTube

channel. *Id.* at 97-102. Defendant threatened to sue CV-13 and take down his YouTube channel when CV-13 said he recorded Defendant. *Id.* at 106-108.

**Child Victim 14 (Age 13)**: CV-14 is a 13-year-old boy from the state of Washington. Although it is unclear from the chats exactly what occurred on a video call between CV-14 and Defendant, CV-14 asked Defendant, "What do you search up for the message ones?" and Defendant replied, "Czech massage xxx." *Id.* at 63.

**Child Victim 15 (Age 14)**: CV-15 identified himself as a 14-year-old boy. Immediately, Defendant began with deception saying, "im growing a mustache for a school play im in and i look older than i am so im getting people to think im an older dude and thinking imma kidnap them." Ex. 15 at 3. Defendant asked CV-15 if he could try on new pants on camera so CV-15 can opine on whether they fit. *Id.* at 15-17. CV-15 kept asking about a video game, but Defendant kept the conversation sexual, "yes my balls and ding dong are out lolol," modeling for CV-15.

> Defendant:  my dick is alive. *Id.* at 27.
> Defendant:  would you like to meet mr. happy since apparently he wont go away on his own. *Id.* at 30.
> Defendant:  have you ever been hard where it wont go down. *Id.* at 31.
> Defendant:  and then you have leakage. *Id.* at 31.
> Defendant:  do you want to watch me possibly sexually assault an inanimate object[?] *Id.* at 33.

**Child Victim 16**: CV-16 identified himself as a 13-year-old in India. CV-16 told Defendant that an in-person friend, "told me a day ago that u showed him ur penis." Ex. 16 at 38. Defendant responded, "i can show you too if you want lmao." *Id.* at 39. To see CV-16's penis, Defendant showed his penis to CV-16. *See id.* at 40-

41. When CV-16 refused, Defendant called CV-16 an "asshole" and a "typical indian scammer." *Id.* at 42.

**Child Victim 17**: CV-17 identified himself as a 9-year-old from Denmark. After CV-17 says he likes the movie "Deadpool," Defendant shows CV-17 a "deleted scene" from the movie. *Id.* at 13. Defendant asked CV-17 if he had an erection from watching the video because Defendant did. *Id.* at 19-21. Defendant then exposed himself to CV-17. *See id.* at 23-25.

**Child Victim 18**: CV-18 identified himself as a 10-year-old from the Maldives. Defendant asked CV-18, "do you masturbate/jerk off?" Ex. 18 at 37. When CV-18 did not know what that meant, Defendant explained, "jerking off means playing with ur twig." *Id.* at 38. Defendant asked CV-18, "do you think you can convince ur brother to take a shower now since im available." *Id.* at 61. Defendant even sexted CV-18, *id.* at 87-90, even telling him "*I get close to your mouth with my dick and rub it on your lips*," *id.* at 88, and "*I sit you down on the bed and I take your dick into my mouth*," *id.* at 89. On a call, over CV-18's objections, Defendant exposed his penis. *See id.* at 103-107. Defendant begged CV-18 to show him his penis, even when CV-18 makes clear he does not want to. *Id.* at 109-113. As a result, Defendant told CV-18, "imma delete u then since u don't like doing sexual stuff anymore lol," *id.* at 125, and i wanna see yours but since youre never in a mega horny mood i give up," *id.* at 139. Eventually, CV-18 told Defendant, "idk why but i feel uncomfortable to do it but i also wanna make u happy." *Id.* at 151. Defendant told CV-18 that if

CV-18 really wants to please him, CV-18 would show his penis to Defendant. *Id.* at 153. On video call that day, Defendant admitted he only called to see CV-18's penis. *Id.* at 158. Over a month later, the last message CV-18 sent Defendant was, "i legit miss u so much." *Id.* at 171.

**Child Victim 19 (Age 9)**: CV 19 is a 9-year-old boy who lives in Florida. Defendant admits that he also lives in Florida, specifically Osceola. Ex. 19 at 8, 10. Defendant then asks CV-19 where CV-19 lives. *Id.* 10-11. Defendant tries to show CV-19 a video, ensuring CV-19 that "no history gets saved when you screen share so its not a big deal" when CV-19 shared that his father lets him call only CV-19's friends. *Id.* at 18. After CV-19 refused, Defendant stopped messaging CV-19.

**Child Victim 20**: CV-20 identified himself as a 12-year-old. Defendant admitted that he and a friend of CV-20 "showed each other our dicks lol." Ex. 20 at 7. Then, Defendant and CV-20 show each other their penises. *See id.* at 19-20. On camera, Defendant taught CV-20, "if you wanna make yourself horny rub it how i do every so often." *Id.* at 24. Defendant then asked CV-20 if he could watch CV-20 perform sexual acts on his pillow. *Id.* at 26-27. While on the call, Defendant told CV-20, "i might cum soon" "oops" "i bvlew [sic] too early lol." *Id.* at 28. Once he got his fix, Defendant left the call, eventually returning to ask CV-20, "how was your cum lol[?]" *Id.* at 31. Defendant confessed, "bro i cant believe we met recently and we already seen each others dikcs [sic]." *Id.* 33. The communications continued with talk of masturbation, being erect, and sexual fantasies. *Id.* at 43-48.

**Child Victim 21**: CV-21 initially identified himself as 26 years old, and Defendant told CV-21 that he could not talk to CV-21 because he was "too old." Ex. 21 at 3-5. CV-21 confessed that he is 11 years old. At that point, Defendant and CV-21 have a video call and play a game of truth or dare in which Defendant and CV-21 showed each other their genitalia. *Id.* at 21-27. When CV-21 wanted to leave, Defendant told CV-21, "fuck you," especially because CV-21 "showed it only once and now u never show it again." *Id.* at 51-52.

**Child Victim 22**: CV-22 identified himself as 13 years old. The conversation with CV-22 spans nearly 700 pages. *See generally* Ex. 22. After viewing a bestiality video, Defendant masturbated on camera with a stuffed animal. *See id.* at 51. Defendant would constantly call CV-22 to watch pornography and masturbate on camera. *E.g.*, *id.* at 77, 83. During one call, Defendant told CV-22, "im not gonna lie ur my best friend." *Id.* at 175. Defendant and CV-22 ejaculated on that call. *See id.* at 193-196. Defendant wanted "round 2" and ejaculated on camera again. *See id.* at 229. The following day, Defendant asked CV-22, "you wanna watch me get hard, jerk off, cum, get soft again?" *Id.* Defendant gained CV-22's trust. CV-22 told Defendant, "You're the only friend i can show my true self to." *Id.* at 241.

Defendant also appears to have sent CV-22 pictures of another CV:

Defendant:  bruh him getting messaged by this 10 year old
Defendant:  he wants me to show him his dick
Defendant:  *my dick
. . .
Defendant:  HE JUST SENT HIS
Defendant:  WHY IS IT SO SMALLLLLL

. . .

| | |
|---|---|
| CV-22: | Send the pictures [emoji] |
| Defendant: | ok but |
| Defendant: | i will dleete [sic] after i sent |
| CV-22: | Ok |
| CV-22: | Give me 10 secs to see it at least |
| CV-22: | HELL NAH DELETE IT |
| CV-22: | DELETE IT |

*Id.* at 249-251. In another call, Defendant told CV-22, "we met randomly and now you randomly sent me a pic of your dick leaking cum lmao." *Id.* at 439.

Defendant ejaculated on multiple occasions with CV-22. *See e.g.*, at 280. Defendant shared sexual fantasies with CV-22. *See e.g.*, *id.* at 368-69. Defendant also shaved his pubic hair while on camera with CV-22. *See id.* at 599.

Defendant even became CV-22's source for pornography. At one point, CV-22 told Defendant, "I remember being crazy when i watch porn but now That have access to it every day and watch everyday its not as exciting." *Id.* at 363. Defendant replied, "its still nice to be able to cum daily though lol." *Id.* Right after Defendant defecated on camera in his room, Defendant told CV-22, "i beleive [sic] itsporn [sic] time." *Id.* at 414. Defendant also masturbated with a stuffed animal while on a call with CV-22, asking CV-22, "ready to see me take its virginity." *Id.* at 547.

Defendant asked CV-22 if he would let his brother or sister perform oral sex on him, *id.* at 586, then asked if CV-22 would rape his sister, *id.* at 589.

**Child Victim 23**: CV-23 identified himself as an 11-year-old from Australia. When talking about pornography, CV-23 told Defendant, "its kinda weird since im 11." Ex. 23 at 51. CV-23 would then go back to Defendant for several days to ask

Defendant to send him pornography. *E.g.*, *id.* at 76. The last message Defendant sent CV-23 was, "im gonna have sex with a toy i have lol." *Id.* at 83.

**Child Victim 24**: CV-24 identified himself as being younger than 13 and living in Sri Lanka. Defendant told CV-24 that his brother can watch the video Defendant was sharing if CV-24's brother could keep a secret. Ex. 24 at 34-35. After CV-24 showed his penis to Defendant, Defendant asked, "can i teach you how to masturbate it feels rly good with ur pp hard" and explained that masturbating is "when u play with ur pp a certain way." *Id.* at 58. Defendant then in fact taught CV-24 how to masturbate. *Id.* at 63-65. Defendant would tell CV-24 things he would like CV-24 to do and things he wanted to do to CV-24 such as:

Defendant: can you get naked on your sofa or couch and lie down on it while touching ur penis. *Id.* at 98.
Defendant: please. *Id.* at 98.
Defendant: it would make me so happy. *Id.* at 98.
. . .
Defendant: i want to do what that guy is doing to her. *Id.* at 107
Defendant: but to you. *Id.* at 107.
. . .
Defendant: it would be in your butthole though. *Id.* at 107.
Defendant: since u don't have a girl part. *Id.* at 107.
Defendant: would you let me, id love to do it. *Id.* at 107.
. . .
Defendant: if we ever meet in person. *Id.* at 109.
. . .
Defendant: i love ur penis lol. *Id.* at 114.
Defendant: its so cool. *Id.* at 114.
Defendant: play with it. *Id.* at 114.
Defendant: like how i play with mine. *Id.* at 114.

**Child Victim 25**: CV-25 identified himself as 9 years old and living in Lithuania. CV-25 was reluctant to show Defendant his penis claiming he was too

17

young, but Defendant told CV-25, "idc that ur too yougn [sic]." Ex. 25 at 37. On a

second video call, when CV-25 said he had an erection the following ensued:

| | |
|---|---|
| Defendant: | it means ur body is already experiencing a sex change, it wants sex. *Id.* at 72. |
| Defendant: | do you know how to make it feel good when its hard? *Id.* at 72. |
| CV-25: | no. *Id.* at 72. |
| Defendant: | let me show you. *Id.* at 72. |
| Defendant: | see what im doing to mine. *Id.* at 72. |
| . . . | |
| Defendant | for real let me check if ur doing it right. *Id.* at 74. |
| . . . | |
| Defenant: | its even better when we do it together. *Id.* at 77. |
| . . . | |
| CV-25: | please im done :(((((. *Id.* at 83. |
| Defendant: | ur doing a great job. *Id.* at 83. |
| Defendant: | come on bro lets finish. *Id.* at 83. |

When Defendant wanted more, specifically to see CV-25 urinate from his bed "like

onto yourself like a fountain," Defendant offered CV-25 Robux. *Id.* at 86-87. CV-25

told Defendant, "pls stop forcing me to do it." *Id.* at 88. Defendant then threatened

to blackmail CV-25:

| | |
|---|---|
| Defendant: | and ill send the pics i took of ur dick to discord and report you. *Id.* at 90. |
| Defendant: | its up to you. *Id.* at 91. |
| Defendant: | [emoji]. *Id.* at 91. |
| Defendant: | i could even send them to ur mom if i wanted. *Id.* at 91. |
| CV-25: | im gonna cry:(. *Id.* at 91. |
| Defendant: | if u do what i say. *Id.* at 91. |
| Defendant: | i will delete the pics. *Id.* at 91. |
| Defendant: | if not. *Id.* at 91. |
| Defendant: | then i will send them. *Id.* at 91. |
| . . . | |
| Defendant: | if you block or unfriend me, I will send the pics too. *Id.* at 92. |

CV-25 continually pleaded with Defendant to stop. *E.g., id.* at 104.

**Child Victim 26 (Age 10)**: CV-26 is a 10-year-old boy from Kentucky. CV-26 denied masturbating before, telling Defendant that he was "still to [sic] young." Ex. 26 at 37. Defendant was the first person CV-26 showed his penis to. *Id.* at 50. Another day, Defendant told CV-26, "id love to masturbate with you and watch you experience [an orgasm] for the first time lol." *Id.* at 80. CV-26 reminded Defendant he was "still to [sic] young." *Id.* Defendant then taught CV-26 how to masturbate. *Id.* at 83-87. From this experience, Defendant ejaculated. *See id.* at 88. Defendant also encouraged CV-26 to try bestiality with his dog. *Id.* at 154-161. In a later message, Defendant said he would not make CV-26 do the dog thing "again." *Id.* at 229.

When CV-26 informed Defendant that CV-26 had siblings, Defendant asked CV-26, "Would you ever consider touching either your little brothers dick or your older sister's vagina?" *Id.* at 59.

Defendant was manipulative, saying about CV-26's friends, "maybe those friends aren't for real friends :/" and that "i would never do that to you." *Id.* at 209.

After trying to get CV-26 on a video call several times so that Defendant could masturbate with CV-26, Defendant told CV-26:

> i feel like you don't like calling with me anymore, cuz it feels like you randomly one day stopped wanting to call and even when we did, yu [sic] weren't super willing to do things how we used to. No offense in me saying this, I'm just saying what I noticed

> *Id.* at 225.

Defendant told CV-26 he was deleting his Discord for the new year but also "i wish we could do one last call before i go." *Id.* at 238. Then again Defendant asked,

"can we stroke our dicks together one last time." *Id.* at 250. Defendant went further and told CV-26 that he was going to be on Discord less, "only [] on mondays and fridays." *Id.* at 256. Nonetheless, Defendant continued talking to CV-26 on days that were neither Monday nor Friday, even playing a "resist boner challenge," which was the two of them "watch soem sus vids and try not to get hard" on Tuesday, January 21, 2025. *Id.* at 269.After that, as Defendant masturbated with a stuffed animal, Defendant told CV-26, "im legit having sex." *Id.* at 280.

**Child Victim 27**: CV-27 identified himself as 11 years old from India who was informed about Defendant from a friend. Ex. 27 at 2.  When Defendant showed CV-27 a video, CV-27 told Defendant, "yup this is already weird." *Id.* at 15. Defendant told CV-27 that he did not mind showing his penis and did show it. *See id.* at 22. Then, Defendant asked CV-27, "can i see your penis too at least briefly/once lol im just curious of it?" *Id.* at 25. When CV-27 refused, Defendant asked, "instead of your penis, what about just your balls?" *Id.* at 27.

**Child Victim 28 (Age 12)**: CV-28 identified himself as 12 years old from Pennsylvania. Defendant told CV-28 that a 9-year-old sent Defendant a picture of his penis. Ex. 28 at 7-8. When CV-28 told Defendant that a girl sent him a nude photograph, Defendant told CV-28 to send the picture to him. *Id.* at 46. Defendant also asked CV-28 to send Defendant a picture of the outline of his penis. *Id.* at 53. Defendant then asked for a picture of CV-28's penis. *See id.* at 56. Another day, Defendant told CV-28, "not u sending ur boner to me." *Id.* at 92.

20

**Child Victim 29 (Age 13)**: CV-29 identified himself as 13 years old. About a puppet that he used to masturbate, Defendant told CV-29, "usually i'll pull out of it and finish on a tissue or something but lately ive been tempted to finish inside to se ewhat [sic] it feels like." Ex. 29 at 16. Then, Defendant asked CV-29, "do you mind if i commit this horrid act on camera lmao?" *Id.* at 19. Defendant also told CV-29 he was curious to know what CV-29's penis looked like. *Id.* at 25. Without response from, Defendant continued to reach out to CV-29 for several days. *Id.* at 28-29.

**Child Victim 30 (Age 13)**: CV-13 is 13 years old and identified himself as being from Minnesota. Defendant told CV-30, "im glad were both minors cuz . . . if i was 18 askking [sic] u to take ur shirt off that would be fbi worthy." Ex. 30 at 47. Defendant and CV-30 played a game of truth or dare in which Defendant exposed his penis to CV-30, id. at 58, and dared CV-30 to masturbate on camera, *id.* at 64. Defendant even told CV-30, "really its my fault cuz i showed u my balls/dick in the first place." *Id.* at 100.

The emotional and psychological scars the boys Defendant preyed upon will remain for the rest of their lives. A Guidelines sentence of life is necessary in this case to adequately reflect the seriousness of the defendant's offenses, particularly because "[c]hild sex crimes are among the most egregious and despicable of societal and criminal offenses." *United States v. Sarras*, 575 F.3d 1191, 1220 (11th Cir. 2009).

**B. History and Characteristics of Defendant**

Defendant's history and characteristics, if significant at all, are aggravating factors that weigh in favor of a Guidelines sentence. 18 U.S.C. § 3553(a)(1).

Defendant was a teacher, and his need to teach shone through in his communications with his victims. From August 2023 to his arrest in February 2025, Defendant was a middle school teacher. PSR ¶ 107. Since 2019, Defendant taught private music lessons to children. *Id.* at ¶ 108. At night, Defendant was teaching his child victims who had never engaged in a sexual act before how to perform those acts and took pleasure in teaching boys how to masturbate. Defendant admitted as much, telling CV-22, "i am teaching a 10 year old boy how to jerk off lol" referring to a different victim. Ex. 22 at 631. Defendant told CV-7, "i can teach you how to masturbate/jerk off." Ex. 7 at 73-75. To CV-24, Defendant asked "can i teach you how to masturbate it feels rly good with ur pp hard?" Ex. 24 at 58. Although there currently are no reported victims of children that Defendant taught in person, Defendant wanted to conceal his identity and avoid prosecution, which is why he hunted online, at night, using an alias. Defendant taught children during the day, some of whom were the same age as the children he was victimizing at night.

Defendant was musically talented and enjoyed significant educational and career opportunities. Defendant also had a loving family. However, instead of faithfully stewarding all that he had been given, Defendant squandered it on power and virtual sex—at the expense of innocent boys. Defendant's own expert, Dr. Danziger, has not reviewed the chats or other evidence in this case and still

22

diagnosed Defendant with (probable) pedophilic disorder. *See* PSR ¶ 101.

Nothing about Defendant's personal history and characteristics warrants a downward variance in this case.

### C. Just Punishment, Adequate Deterrence, Respect for the Law, and Protection of the Public

A Guidelines sentence also meets the sentencing goals of adequate deterrence, respect for the law, protection of the public, and just punishment in this case.

Deterrence and protection of the public are particularly weighty factors in this case. "The more serious the crime and the greater the defendant's role in it, the more important it is to send a strong and clear message that will deter others." *United States v. Irey,* 612 F.3d 1160, 1212 (11th Cir. 2010).

Moreover, Defendant has demonstrated that he is a danger to the public—particularly young boys. From the Discord chats, the FBI has narrowed in on 30 victims, 13 of which have been identified. That is just from Discord. Defendant explicitly tried covering his tracks, using a different name, ensuring the calls were on video and not recorded, using a different email address separate from his personal email address to avoid being traced back to him, deleting pictures that were sent to him or forcing the child to delete the photos. In one conversation, Defendant said, "im trying to not get caught of discord." Ex. 12 at 150.

With the power of the internet, Defendant's reach was limitless—and he took advantage of that, using boys from all around the world for his sexual pleasure. The FBI has traced victims in the United States to be in Pennsylvania, Utah, North

Carolina, Texas, Washington, Montana, California, Georgia, Kentucky, Virginia, and Maryland. Internationally, the FBI traced victims to be in New Zeland, the Philippines, Lithuania, Romania, South Africa, India, Denmark. During the FBI's interview with some of Defendant's victims, each one remembered Defendant. Defendant appears to have been the first person with whom most of the boys appear to have had a sexual interaction with. The boys who spoke with Defendant will have scars that last a lifetime.

Defendant's expert noted that Defendant "likely demonstrates sexual interest in prepubescent children, in particular boys." PSR at 39. "Congress [has] explicitly recognized the high rate of recidivism in convicted sex offenders, especially child sex offenders." *United States v. Allison,* 447 F.3d 402, 405-06 (5th Cir. 2006); *see also United States v. Pugh,* 515 F.3d 1179, 1201 (11th Cir. 2008) ("As Congress has found and as we have discussed, child sex offenders have appalling rates of recidivism and their crimes are under-reported.").

A Guidelines sentence will protect children from further crimes of Defendant.

## CONCLUSION

In light of the serious nature of Defendant's offenses, his personal characteristics, need to protect children from his further crimes, just punishment, deterrence, and need to promote respect for the law, the United States respectfully requests that the Court sentence Defendant to a custodial sentence of life.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/Brandon Cruz*
Brandon Cruz
Assistant United States Attorney
Florida Bar No. 1040423
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      brandon.cruz@usdoj.gov

25

**U.S. v. BRETT BONINI**                    **CASE NO. 6:25-cr-55-JSS-DCI**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 20, 2025, I filed the foregoing with the Clerk

of the Court and sent a copy of this filing to:

       Tracey Kagan, Esq.
       Counsel for Defendant

                        */s/ Brandon Cruz*
                        Brandon Cruz
                        Assistant United States Attorney
                        Florida Bar No. 1040423
                        400 W. Washington Street, Suite 3100
                        Orlando, Florida 32801
                        Telephone:   (407) 648-7500
                        Facsimile:    (407) 648-7643
                        E-mail:        brandon.cruz@usdoj.gov

26