UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-cr-55-JSS-DCI

ITALO RAFAEL BRETT BONINI

### GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called at sentencing:

1. Michelle Langer, Special Agent, FBI

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Brandon Cruz*
Brandon Cruz
Assistant United States Attorney
Florida Bar No. 1040423
400 West Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-Mail: brandon.cruz@usdoj.gov

U.S. v. BRETT BONINI                              CASE NO. 6:25-cr-55-JSS-DCI

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Tracey Kagan, Esq.
    Counsel for Defendant

                                        */s/Brandon Cruz*
                                        Brandon Cruz
                                        Assistant United States Attorney
                                        Florida Bar No. 1040423
                                        400 West Washington Street, Ste. 3100
                                        Orlando, Florida 32801
                                        Telephone:   (407) 648-7500
                                        Facsimile:    (407) 648-7643
                                        E-Mail:    brandon.cruz@usdoj.gov