# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

> CLERK'S MINUTES
> **Sentencing Hearing**

Case Number: 6:25-cr-55-JSS-DCI

---

| **UNITED STATES OF AMERICA** | **Government's Counsel:** | Brandon Cruz |
| --- | --- | --- |
| Plaintiff, | | |
| v. | | |
| **Italo Rafael Brett Bonini** | **Defense Counsel:** | Tracey Kagan |
| Defendant. | | |

| Judge: | Julie S. Sneed | Court Reporter | Karla Hyland hylandtranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Grace Farey | Interpreter: | Xavier Keogh (witnesses) |
| Date: | October 23, 2025 | Time: | 2:01 PM – 3:59 PM TOTAL: 1 hour, 58 minutes |

Interpreter sworn prior to hearing beginning. Interpreter appearing for witness testimony only.

Case called. Appearances taken. Defendant sworn.

Defendant is adjudged guilty to Counts One and Two of the Indictment.

**IMPRISONMENT:** Life. This term consists of a life term as to Count One, and 360 month term as to Count Two, all such terms to run concurrently.

The court makes the following recommendations to the Bureau of Prisons:
1. Confinement at a facility in Florida
2. Participation in sex offender treatment
3. Participation in any music programs that are avaialble

Count 3 is DISMISSED.

**SUPERVISED RELEASE:** Life. This term consists of a lifetime term as to Counts One and Two, all such terms to run concurrently.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**
- Mental Health Treatment
- Financial
- Sex Offender Conditions
- Deportation
- Collection of DNA
- No contact with minor victims

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Plea Agreement and Order of Forfeiture, that are subject to forfeiture.

**FINE:** Waived

**SPECIAL ASSESSMENT:** $200.00

**JVTA ASSESSMENT:** Not imposed

**AVAA ASSESSMENT:** Not imposed

**RESTITUTION:** Deferred. Defendant waives his presence at the hearing.

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Defense counsel makes an oral motion for appointment of counsel for purposes of appeal. Order to enter.

Witnesses:  Laura Bonini (unsworn – aided by interpreter)
 Italo Brett (unsworn – aided by interpreter – appearing via Zoom)
 Valerie McClain (sworn – appearing via Zoom)
 Michelle Langer (sworn)