# The Florida School Music Association
2022-2023 State Music Performance Assessment Report

### Hunter's Creek Middle School

Printed Tuesday, August 12, 2025



FLORIDA SCHOOL MUSIC ASSOCIATION

## Orange County

### Hunter's Creek Middle School - 480381

| Date | Level | Event Type | Entry Name | Students | Rating | Directors |
|---|---|---|---|---|---|---|
| 2/17/23 | District | Band: Solo-Ensemble MPA | Solo & Ensemble Entries | 56 | | |
| 3/6/23 | District | Band: Concert MPA | Symphonic Band | 39 | Excellent | Rafael Couret |
| 3/6/23 | District | Band: Concert MPA | Wind Ensemble | 55 | Excellent | Rafael Couret |
| 4/1/23 | District | Orchestra: Solo-Ensemble MPA | Solo & Ensemble Entries | 10 | | |
| 2/23/23 | District | Orchestra: Concert MPA | Chamber Orchestra | 18 | Superior | Beth Bichler |
| 3/6/23 | District | Choral: Concert MPA | Treble Singers | 40 | Excellent | Meagan Davis |

School Summary:  Band: 150   Orchestra: 28   Vocal: 40   Total: 218

# The Florida School Music Association
## 2023-2024 State Music Performance Assessment Report

### Hunter's Creek Middle School

Printed Tuesday, August 12, 2025



**Orange County**

#### Hunter's Creek Middle School - 480381

| Date | Level | Event Type | Entry Name | Students | Rating | Directors |
|---|---|---|---|---|---|---|
| 2/16/24 | District | Band: Solo-Ensemble MPA | Solo & Ensemble Entries | 76 | | |
| 4/4/24 | District | Band: Concert MPA | Symphonic Band | 36 | Excellent | Rafael Couret |
| 4/4/24 | District | Band: Concert MPA | Wind Ensemble | 50 | Superior | Rafael Couret |
| 2/15/24 | District | Band: Jazz Band MPA | Jazz Band | 22 | Superior | Rafael Couret |
| 4/13/24 | District | Orchestra: Solo-Ensemble MPA | Solo & Ensemble Entries | 10 | | |
| 2/26/24 | District | Orchestra: Concert MPA | Chamber Orchestra | 23 | Superior | Beth Bichler |
| 3/11/24 | District | Choral: Concert MPA | Soaring Eagles | 20 | Excellent | Italo Brett |
| 3/11/24 | District | Choral: Concert MPA | Eagle Singers | 29 | Superior | Italo Brett |

School Summary: Band: **184**  Orchestra: **33**  Vocal: **49**  Total:**266**

# The Florida School Music Association
## 2024-2025 State Music Performance Assessment Report

### Hunter's Creek Middle School

Printed Tuesday, August 12, 2025



## Orange County

### Hunter's Creek Middle School - 480381

| Date | Level | Event Type | Entry Name | Students | Rating | Directors |
|---|---|---|---|---|---|---|
| 2/14/25 | District | Band: Solo-Ensemble MPA | Solo & Ensemble Entries | 72 | | |
| 4/3/25 | District | Band: Concert MPA | Symphonic Band | 38 | Excellent | Rafael Couret |
| 4/3/25 | District | Band: Concert MPA | Wind Ensemble | 50 | Superior | Rafael Couret |
| 2/13/25 | District | Band: Jazz Band MPA | Jazz Band | 28 | Superior | Rafael Couret |
| 3/29/25 | District | Orchestra: Solo-Ensemble MPA | Solo & Ensemble Entries | 10 | | |
| 3/3/25 | District | Orchestra: Concert MPA | Chamber Orchestra | 23 | Superior | Beth Bichler |
| 3/3/25 | District | Choral: Concert MPA | Soaring Eagles | 27 | Excellent | Sanuki Prematilleke |
| 3/3/25 | District | Choral: Concert MPA | Eagle Singers | 29 | Superior | Sanuki Prematilleke |

School Summary: Band: **188**  Orchestra: **33**  Vocal: **56**  Total:**277**

# The Florida School Music Association
2021-2022 State Music Performance Assessment Report

### Hunter's Creek Middle School

Printed Tuesday, August 12, 2025



FLORIDA SCHOOL MUSIC ASSOCIATION

## Orange County

### Hunter's Creek Middle School - 480381

| Date | Level | Event Type | Entry Name | Students | Rating | Directors |
|---|---|---|---|---|---|---|
| 2/18/22 | District | Band: Solo-Ensemble MPA | Solo & Ensemble Entries | 99 | | |
| 4/7/22 | District | Band: Concert MPA | Wind Ensemble | 51 | Superior | Jeanie Berry |
| 4/9/22 | District | Orchestra: Solo-Ensemble MPA | Solo & Ensemble Entries | 9 | | |
| 2/28/22 | District | Orchestra: Concert MPA | Chamber Orchestra | 25 | Superior | Beth Bichler |
| 3/7/22 | District | Choral: Concert MPA | Treble Singers | 45 | Excellent | Meagan Davis |

School Summary:   Band: 150   Orchestra: 34   Vocal: 45   Total: 229